THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Amanda L. Gray, State Bar No. 244644
amandagray@bickellawfirm.com
750 B Street, Suite 1950
San Diego, California 92101
Telephone:   (619) 374-4100
Facsimile:   (619) 231-9040

Attorneys for Plaintiff FRANCISCO DELIRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| FRANCISCO DELIRA, | Case No. 1:11-CV-00174-MJS |
| Plaintiff, | [Action Commenced: January 31, 2011] |
| vs. | ORDER DISMISSING THE ACTION |
| GENERAL MOTORS COMPANY, and DOE 1 through DOE 10 inclusive, | Hon. Michael J. Seng |
| Defendants, | |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   September 26, 2011         /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE